**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-6365**

─────────

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    versus

BOBBY FORRESTER SPOONE, JR.,

          Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of South Carolina, at Greenville. G. Ross Anderson, Jr., District Judge. (CR-98-178, CA-00-3378-6-13BG)

─────────

Submitted: May 16, 2002         Decided: May 28, 2002

─────────

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Bobby Forrester Spoone, Jr., Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bobby Forrester Spoone, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Spoone</u>, Nos. CR-98-178; CA-00-3378-6-13BG (D.S.C. Jan. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2